FILED: June 24, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4069
(4:14-cr-00016-F-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

MARK ALLEN JENKINS, a/k/a Ibrahim Ibn Abu-Nidal

    Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 07/16/2015

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk